IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DORIS CASSENS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 04-944-GPM |
| ) | |
| **CASSENS RETIREMENT PLAN, LISA M. SHASHEK, ALLEN R. CASSENS, RICHARD L. SUHRE, MARK SHASHEK, and THE BANK OF EDWARDSVILLE,** ) ) ) ) ) ) | |
| **Defendants.** ) | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court on January 23, 2006, for a hearing on Defendants' motions for summary judgment and on January 31, 2006, for a hearing on Plaintiff's claims for penalties and attorney fees under 29 U.S.C. § 1132(c)(1)(B), (g)(1).

**IT IS ORDERED AND ADJUDGED** that Plaintiff **DORIS CASSENS** recover from Defendant **CASSENS RETIREMENT PLAN** the sum of **$2,900.00** and her costs of action.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff **DORIS CASSENS** take nothing from Defendants **LISA M. SHASHEK, ALLEN R. CASSENS, RICHARD L. SUHRE, MARK SHASHEK, and THE BANK OF EDWARDSVILLE** and that Defendants **LISA M. SHASHEK, ALLEN R. CASSENS, RICHARD L. SUHRE, MARK SHASHEK, and THE BANK OF EDWARDSVILLE** recover their costs of action.

This action is dismissed **with prejudice.**

**DATED**:  01/31/06

                                                       NORBERT G. JAWORSKI, CLERK

                                                       By: s/ Linda M. Cook
                                                               Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                G. PATRICK MURPHY
                CHIEF U.S. DISTRICT JUDGE